# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 24, 2020

In re:

    Clinton Nurseries, Inc. and Clinton Nurseries of Maryland, Inc.
        Debtor*

Case Number: 17–31897 jjt
Chapter: 11

    Clinton Nurseries, Inc. et al.
                      Plaintiff(s)
v.

    Nursery Supplies, Inc.
                      Defendant(s)

Adversary Proceeding
No.: 19–03056 jjt

### NOTICE OF RESCHEDULED PRE–TRIAL CONFERENCE (time change only)

**PLEASE TAKE NOTICE** that Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **February 27, 2020** at **10:00 AM** to consider and act upon the following matter(s):

    **Adversary case 19–03056. Complaint filed by Eric A. Henzy on behalf of Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries of Florida, Inc., Triem LLC against Nursery Supplies, Inc. (Re: Doc #1)**

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: January 24, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112